UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN MARCOS-CHAVELA,

        Plaintiff,

  v.

BARACK OBAMA,

        Defendant.

CASE NO. C22-0853-MJP

REPORT AND RECOMMENDATION

      Plaintiff Susan Marcos-Chavela, appearing *pro se*, filed an application to proceed *in forma pauperi*s (IFP) and a proposed civil complaint. Dkt. 1. She names as Defendant "Former White House Occupant 'Barack Obama' AKA John Randal Rusken." Dkt. 1-1. Plaintiff's claims are difficult to decipher, but she appears to allege she made an oral agreement to help "thwart planned attempts of Hillary Clinton" to harm the named Defendant's family and that she "took the oath of office of Vice Presidency." *Id*. at 5.

      Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be

REPORT AND RECOMMENDATION - 1

granted. A complaint must provide a defendant fair notice of the plaintiff's claims and the grounds upon which it rests, *Conley v. Gibson*, 355 U.S. 41, 47 (1957), and allege facts to state a claim for relief that is plausible on its face, *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In this case, the proposed complaint fails to state a claim upon which relief may be granted and appears frivolous. There is, moreover, no reasonable basis for concluding the deficiencies in the proposed complaint could be cured by amendment. The Court therefore recommends the request to proceed IFP be DENIED and this case DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed order of dismissal accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 15, 2022**.

Dated this 27th day of June, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2