UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN MARCOS-CHAVELA,<br><br>Plaintiff,<br><br>v.<br><br>BARACK OBAMA,<br><br>Defendant. | CASE NO. C22-0853 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the proposed complaint, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED and this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable S. Kate Vaughan.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated July 29, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge